**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **R.H., a minor, by her Mother and Next Friend, MICHELLE HUGAR, et al** | * | |
| | * | |
| **Plaintiffs** | | |
| | * | |
| v. | | Civil Action No.   CBD-13-1049 |
| | * | |
| **SANJAY PRASAD, M.D., et al.** | | |
| | * | |
| **Defendants** | | |
| | ****** | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is, this **28th** day of **July, 2014**, by the United States District Court for the District of Maryland, hereby

**ORDERED**, Defendant Tower Oaks Surgery Center, LLC's Motion for Summary Judgment (Docket Item No. 36) is **GRANTED**.

/s/
Charles B. Day
United States Magistrate Judge

CBD/bab