**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**JILLYN K. SCHULZE**
**UNITED STATES MAGISTRATE JUDGE**

**6500 CHERRYWOOD LANE**
**SUITE 335**
**GREENBELT, MARYLAND 20770**
**(301) 344-0630**
**Fax:  (301) 344-0629**

October 23, 2014

**FILED VIA CM/ECF**

Demosthenes Komis, Esquire
Edward Norwind, Esquire
J. Philip Kessel, Esquire
Murray D. Scheel, Esquire
Zachary King, Esquire
Thomas Marriner, Esquire

Re:    *R.H., a minor, by her Mother and Next Friend, Michelle Hugar, et al.*
       *v. Sanjay Prasad, M.D., et al.*
       Civil No.  CBD 13-1049

Dear Counsel:

Please be advised that a settlement conference in the above-captioned case has been scheduled for **November 25, 2014** at **10:00 a.m.** to be held in my chambers (Room 335A).  It is essential that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is <u>not</u> sufficient.  *See* Local Rule 607.3.  Please also be advised that the conference may take the entire day.

No later than November 18, 2014, I would like to receive from each party a short letter candidly setting forth the following:

1.  Facts you believe you can prove at trial;

2.  The major weaknesses in each side's case, both factual and legal;

3.  An evaluation of the maximum and minimum damage awards you believe likely;

4.  The history of any settlement negotiations to date; and

5.  Estimate of attorney's fees and costs of litigation through trial.

The letters may be submitted *ex parte* by U.S. mail, or, if their total length including exhibits is less than 15 pages, by email addressed to MDD_JKSchambers@mdd.uscourts.gov. The letters will be solely for my use in preparing for the settlement conference.  I also will review the pleadings in the court file.  Additionally, if you want me to review any case

Counsel
*R.H., a minor, by her Mother and Next Friend, Michelle Hugar, et al.*
*v. Sanjay Prasad, M.D., et al.*
Civil No.  CBD 13-1049
October 23, 2014
Page 2


authorities that you believe are critical to your evaluation of the case, please identify.  If you want me to review any exhibits or deposition excerpts, please attach a copy to your letter.[1]

The settlement conference process will be confidential and disclosure of confidential dispute resolution communications is prohibited.  *See* 28 U.S.C. § 652(d); Local Rule 607.4.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

Very truly yours,

/S/

Jillyn K. Schulze
United States Magistrate Judge

---

[1] Please note that the American Bar Association Standing Committee on Ethics and Professional Responsibility has issued a Formal Opinion (No. 93-370) that precludes a lawyer, ABSENT INFORMED CLIENT CONSENT, from revealing to a judge the limits of the lawyer's settlement authority or the lawyer's advice to the client regarding settlement.  The opinion does not preclude a judge, in seeking to facilitate a settlement, from inquiring into those matters.  Therefore, please discuss these items with your client before appearing for the settlement conference.