**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| R.H., a minor, by her Mother and Next Friend, MICHELLE HUGAR, et al. | * | |
| | * | |
| Plaintiffs | | |
| | * | |
| v. | | |
| | * | **CASE NO. RWT 13 CV 1049** |
| SANJAY PRASAD, M.D., et al. | | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned attorneys, hereby stipulate to the DISMISSAL WITH PREJUDICE, of all claims filed herein, with the parties to bear their own costs and fees incurred herein.

Respectfully submitted,

| | |
|---|---|
| */s/ Edward L. Norwind*_____ | */s/ Thomas C. Marriner*_____ |
| Edward L. Norwind, Esq., (Bar No. 08858) | Thomas C. Marriner (Bar No. 12914) |
| Demosthenes Komis, Esq., (Bar No.30147) | Cowdrey Thompson |
| Zachary King, Esq., (Bar No. 18040) | A Professional Corporation |
| 2273 Research Boulevard, Suite 200 | 130 North Washington Street |
| Rockville, Maryland 20850 | P. O. Box 1747 |
| 301-948-3800 (p) | Easton, Maryland 21601 |
| 301-948-5449 (f) | (410) 822-6800 |
| *Counsel for Plaintiffs* | *Attorneys for Defendants,* |
| | *Sanjay Prasad, M.D. and* |
| | *Sanjay Prasad, M.D., P.A* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of December, 2014, a copy of the foregoing Stipulation of Dismissal was served electronically on:

Thomas C. Marriner
Cowdrey Thompson
A Professional Corporation
130 North Washington Street
P. O. Box 1747
Easton, Maryland 21601
(410) 822-6800
*Attorneys for Defendants,*
*Sanjay Prasad, M.D. and*
*Sanjay Prasad, M.D., P.A*

                                        */s/ Edward L. Norwind*
                                        Edward L. Norwind